# SCHALL & BARASCH L.L.C
### Attorneys at Law

Richard M. Schall*
Patricia A. Barasch

*Also licensed in Pennsylvania*
*\*Of Counsel*

Moorestown Office Center
110 Marter Avenue
Suite 105
Moorestown, NJ 08057-3124
856-914-9200
856-914-9420 Fax

January 31, 2020
**By ECF Filing**

Zahid N. Quraishi, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Bldg & US Courthouse
402 E. State Street; Courtroom 7W
Trenton, NJ 08608

Re:   *McKeon, Robert and The City of Asbury Park et al*; Civil Action No. 3:19-cv-08536 MAS-ZNQ

Dear Judge Quraishi:

As you know, by Order dated January 17th, 2020, the Court scheduled an In-Person Conference with your Honor for February 19th at 2:30. I am writing now on behalf of plaintiff Robert McKeon to request that the Court schedule a teleconference with counsel in advance of the February 19th In-Person Conference to address Plaintiff's request that Mayor John Moor, who is a named defendant in this case, attend the In-Person Conference, along with counsel. By way of background to this request, please be advised of the following:

Following the Court's entry of that Order, I contacted Ms. Lentini to inquire whether Defendant Moor would be in attendance at the In-Person Conference—as I had requested in my January 17th, ECF Filing—and explained to her that, I believed having Defendant Moor in attendance will be instrumental in assisting the parties in reaching a final resolution in this matter, including resolution of the issues that remain with respect to finalizing the terms of the formal written Settlement Agreement and Mutual. Ms. Lentini has now informed me that the she will not bring Defendant Moor the In-Person Conference. Because I continue to believe that having the Mayor in attendance at the In-Person Conference is critical to the parties reaching a final resolution in this matter, I am reaching out to your Honor to request a telephone call with counsel in advance of the Conference in order to address this issue.

Respectfully,

SCHALL & BARASCH, L.L.C.
*/s/Patricia A. Barasch*
BY:  PATRICIA A. BARASCH

cc:  Teresa Lentini, Esq. [by ECF]
     Robert McKeon [by email only]