## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT MCKEON,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF ASBURY PARK, MAYOR JOHN MOOR, AND MICHAEL CAPABIANCO,<br><br>                    Defendants. | Civil Action No. 3:19-cv-08536-MAS-ZNQ<br>Judge Michael A. Shipp<br><br><u>Filed Electronically via ECF</u><br><br>**NOTICE OF DEFENDANTS'<br>MOTION TO ENFORCE<br>SETTLEMENT AGREEMENT** |

**TO:**   Patricia A. Barasch, Esquire
Schall & Barasch, LLC
110 Marter Avenue, Suite 105
Moorestown, NJ 08057

**PLEASE TAKE NOTICE** that on the 6th day of April 2020, or as soon thereafter as counsel may be heard, the undersigned, Attorneys for Defendants, City of Asbury Park, Mayor John Moor, and Michael Capabianco, shall apply to the United States District Court for the District of New Jersey for an Order Enforcing the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the attached Brief, Certification, Exhibits, and proposed form of Order attached.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument only if timely opposition is filed.

Respectfully submitted,
**FLORIO PERRUCCI STEINHARDT
CAPPELLI TIPTON & TAYLOR, LLC**
*Attorneys for Defendants*

Dated: March 6, 2020

By: _____
Teresa M. Lentini, Esquire
Attorney ID No.: 023341986